UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CHORDAE ROMELL SPEARMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-00086-TWP-MKK |
| | ) | |
| HANCOCK COUNTY JAIL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| HANCOCK COUNTY JAIL, | ) | |
| QUALITY CORRECTIONAL CARE, | ) | |
| | ) | |
| Interested Parties. | ) | |

**ORDER STRIKING AMENDED COMPLAINT AND RESCINDING ORDER
GRANTING EXTENSION OF TIME TO ANSWER AMENDED COMPLAINT**

This matter is before the Court on Plaintiff Chordae Spearman's Amended Complaint (Dkt. 18). For the reasons explained in this Order, the Amended Complaint (Dkt. 18) is stricken, the operative complaint remains the original complaint, and the June 23, 2026 Order Granting Hancock County Sheriff's Office And Hancock County's Motion For Extension Of Time To Answer Plaintiff's Amended Complaint (Dkt. 22) is **rescinded**.

Mr. Spearman is a prisoner currently incarcerated at Hancock Couty Jail ("the Jail"). He filed this civil action alleging that officers and medical providers at the Jail violated his Eighth Amendment rights by delaying treatment for his dental issues. The Court issued a screening order on May 11, 2026, dismissing Mr. Spearman's claims, in part because he had failed to identify any defendants by name. The Court directed Mr. Spearman to file an amended complaint that specifically identified the Defendants by name. (Dkt. 14.) To assist in making the identifications, the Court added the Jail Commander at Hancock County Jail and Quality Correctional Care as

1

interested parties so that Mr. Spearman could issue a discovery request to find out the names of the officer and medical staff who treated him. *Id.; see Billman v. Ind. Dep't of Corr.,* 56 F.3d 785, 790 (7th Cir.1995) ("because [the plaintiff] is a prisoner he may not be in a position to identify the proper defendants, or all of them, in his complaint . . . [w]e think it is the duty of the district court to assist him, within reason, to make the necessary investigation.")).

Mr. Spearman has since filed an Amended Complaint; however, it does not name any officers or medical providers. Accordingly, the **clerk** is **directed** to **strike** the Amended Complaint in the record at Docket Number 18. The original Complaint, Dkt. 1, remains the operative complaint in this case. The original complaint does not name the Jail Commander at Hancock County Jail or Quality Correctional Care  as defendants. In the screening order issue at Docket Number 14, the Court directed the clerk to add the Jail Commander and Quality Correctional Care as interested parties to the docket. The Court added them not as parties, but "for the purpose of permitting them to appear in the action and respond to discovery requests regarding the identities and locations of defendants" and stated that **"[t]hey need not answer the complaint**." *See* Dkt. 14 at 4. Because they are not named parties, the June 23, 2026 Order Granting  Hancock County Sheriff's Office And Hancock County's  Motion For Extension Of Time to July 23, 2026 to Answer Plaintiff's Amended Complaint (Dkt. 22) is **rescinded**.

Mr. Spearman is given a final opportunity to file an Amended Complaint which names defendants. As stated in the screening order, Mr. Spearman may serve as discovery requests to the Jail Commander and Quality Correctional Care for the limited purpose of identifying and locating the named defendants. Mr. Spearman shall have **sixty (60) days** to file an amended complaint that resolves the deficiencies discussed in this Order. Any amended complaint must include the case number associated with this action, No. 1:26-cv-00086-TWP-MKK. It will completely replace the

original complaint, and it will be screened pursuant to § 1915A(b), so it must include all named defendants, claims (including whether Mr. Spearman intends a Fourteenth Amendment or an Eighth Amendment violation), and factual allegations Mr. Spearman wishes to pursue in this action.

In summary, the Amended Complaint, Dkt. [18] is **STRICKEN**, the operative complaint remains the original complaint, and the June 23, 2026 Order Granting Hancock County Sheriff's Office And Hancock County's Motion For Extension Of Time To Answer Plaintiff's Amended Complaint (Dkt. 22) is **RESCINDED**. Mr. Spearman may engage in discovery to determine the named defendants. Mr. Spearman's failure to file a proper Amended Complaint in the time provided—by **August 30, 2026**— may result in the dismissal of this action without further warning or opportunity to show cause.

**IT IS SO ORDERED.**

Date: 6/30/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

CHORDAE ROMELL SPEARMAN
42809
HANCOCK COUNTY JAIL
398 Malcom Grass Way
Greenfield, IN 46140

Scott Benkie
BENKIE & CRAWFORD
sabenkie@aol.com

Quality Correctional Care
12900 N. Meridian St., Suite 140
Carmel, IN 46032

3

Courtesy Copy to:

DOUGLASS R. BITNER
Stoll Keenon Ogden PLLC
The Emelie Building
334 N Senate Avenue
Indianapolis, IN 46204